## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:    ANTHONY HOLLINGSWORTH

§
§          Case No.: 09-37722
§
§
§
§
Debtor(s)                                §

‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1)    The case was filed on 10/09/2009.

2)    This case was confirmed on 11/25/2009.

3)    The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4)    The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5)    The case was converted on 02/10/2011.

6)    Number of months from filing to the last payment:  14

7)    Number of months case was pending:  17

8)    Total value of assets abandoned by court order:  NA

9)    Total value of assets exempted: $    36,880.00

10)   Amount of unsecured claims discharged without payment $       .00

11)   All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

```
.======================================================================.
| Receipts:                                                            |
|        Total paid by or on behalf of the debtor       $    1,400.00  |
|        Less amount refunded to debtor                 $         .00  |
| NET RECEIPTS                                          $    1,400.00  |
.======================================================================.


.======================================================================.
| Expenses of Administration:                                          |
|                                                                      |
|        Attorney's Fees Paid through the Plan          $    1,281.60  |
|        Court Costs                                    $         .00  |
|        Trustee  Expenses and Compensation             $       88.40  |
|        Other                                          $         .00  |
|                                                                      |
| TOTAL EXPENSES OF ADMINISTRATION                      $    1,370.00  |
|                                                                      |
| Attorney fees paid and disclosed by debtor            $         .00  |
.======================================================================.
```

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MIDLAND CREDIT MANAG | UNSECURED | 454.00 | 457.33 | 457.33 | .00 | .00 |
| T-MOBILE/T-MOBILE US | UNSECURED | NA | 296.09 | 296.09 | .00 | .00 |
| RJM ACQUISITIONS LLC | UNSECURED | 333.00 | 333.39 | 333.39 | .00 | .00 |
| CHARMALYN CADNEY | OTHER | .00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 1,749.00 | 1,794.59 | 1,794.59 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 986.00 | 985.84 | 985.84 | .00 | .00 |
| CAPITAL ONE AUTO FIN | UNSECURED | 15,000.00 | NA | NA | .00 | .00 |
| LVNV FUNDING | UNSECURED | 1,619.00 | 1,658.32 | 1,658.32 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 996.00 | 757.65 | 757.65 | .00 | .00 |
| LVNV FUNDING | UNSECURED | 786.00 | 1,734.08 | 1,734.08 | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 739.00 | 792.10 | 792.10 | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 519.00 | 534.85 | 534.85 | .00 | .00 |
| LVNV FUNDING | UNSECURED | 271.00 | 279.54 | 279.54 | .00 | .00 |
| LVNV FUNDING | UNSECURED | 189.00 | 194.10 | 194.10 | .00 | .00 |
| DELL FINANCIAL SERVI | UNSECURED | 2,635.00 | 2,635.91 | 2,635.91 | .00 | .00 |
| DENTAL CARE | UNSECURED | 3,912.00 | NA | NA | .00 | .00 |
| FINGERHUT DIRECT | UNSECURED | 526.00 | NA | NA | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 4,350.00 | 4,379.85 | 4,379.85 | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 1,211.00 | 1,219.05 | 1,219.05 | .00 | .00 |
| GRANITE ASSET MGMT | UNSECURED | NA | 745.49 | 745.49 | .00 | .00 |
| GE ELECTRIC | UNSECURED | 1,894.00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 1,187.00 | 1,084.66 | 1,084.66 | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 592.00 | 543.28 | 543.28 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PRO DENTAL CARE | UNSECURED | 778.20 | NA | NA | .00 | .00 |
| PROFESSIONAL INVESTM | OTHER | .00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | NA | 1,025.81 | 1,025.81 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 151.00 | 151.58 | 151.58 | .00 | .00 |
| ELIZABETH PURNELL | OTHER | .00 | NA | NA | .00 | .00 |
| IL STATE DISBURSEMEN | PRIORITY | .00 | NA | NA | .00 | .00 |
| IL STATE DISBURSEMEN | OTHER | .00 | NA | NA | .00 | .00 |
| LEEDERS & ASSOC LTD | PRIORITY | NA | .00 | 30.00 | 30.00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | NA | 624.75 | 624.75 | .00 | .00 |
| CANDICA LLC | UNSECURED | NA | 1,209.46 | 1,209.46 | .00 | .00 |
| CAPITAL ONE BANK USA | UNSECURED | NA | 3,082.72 | 3,082.72 | .00 | .00 |
| CAPITAL ONE BANK USA | UNSECURED | NA | 2,894.87 | 2,894.87 | .00 | .00 |
| CAPITAL ONE BANK USA | UNSECURED | NA | 1,259.74 | 1,259.74 | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | NA | 151.58 | 151.58 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 30.00 | 30.00 | .00 |
| **TOTAL PRIORITY:** | 30.00 | 30.00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 30,826.63 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $ | 1,370.00 |
| Disbursements to Creditors | $ | 30.00 |
| | | |
| **TOTAL DISBURSEMENTS:** | $ | 1,400.00 |

12)      The trustee certifies that the foregoing summary is true  and complete and all administrative matters for which the trustee is responsible have been completed.  The trustee requests that the trustee be discharged and granted such relief as may be just and proper.


Dated:    03/07/2011             /s/ Tom  Vaughn_____
                                Tom  Vaughn, Chapter  13  Trustee


STATEMENT      : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.


**UST Form 101-13-FR-S(9/01/2009)**